IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* Kristina S. Greenwood and Misty Stoffregen Thweatt, ) ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. |
| v. ) ) | 2:19cv318-MHT (WO) |
| MIMS MANAGEMENT GROUP, LLC, et al., ) ) ) | |
| Defendants. ) | |

OPINION

Before the court is the joint motion to dismiss this action filed by relators Kristina S. Greenwood and Misty Stoffregen Thweatt, and defendants Mims Management Group, LLC, Institutional Pharmacy Solutions, LLC, Northeast Pharmaceuticals, Inc., Daniel Mims, and Krystal Mims. In compliance with 31 U.S.C. § 3730(b)(1), plaintiff United States of America has provided written consent to dismissal and its reasons for consenting, with such dismissal to operate without prejudice to the United States' interests. *See* United

States of America's Notice of Consent to the Proposed Settlement Agreement (Doc. 146).

Based upon the government's consent to dismissal and the parties' belief that settlement and dismissal are in all parties' best interests, the court consents to dismissal of this action, in compliance with 31 U.S.C. § 3730(b)(1).

An appropriate judgment will be entered.

DONE, this the 19th day of March, 2021.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**