```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

            MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,    )
et al., ex rel. Kristina     )
S. Greenwood and Misty       )
Stoffregen Thweatt,          )
                             )
     Plaintiffs,             )
                             )       CIVIL ACTION NO.
     v.                      )         2:19cv318-MHT
                             )             (WO)
MIMS MANAGEMENT GROUP,       )
LLC, et al.,                 )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (Doc. 144) is granted, and this action is dismissed.  The dismissal is with prejudice as to the rights of the relators Kristina S. Greenwood and Misty Stoffregen Thweatt, and without prejudice as to the rights of plaintiff United States of America.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of March, 2021.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE